IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER J. REED,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. LEATHERMAN, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:18-cv-00038-KJM-CKD P<br><br>**ORDER** |

　　Good cause appearing, the Court GRANTS Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 15). The discovery deadline is reset to January 21, 2019.

　　IT IS SO ORDERED.

Dated:  December 12, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1