UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. LEATHERMAN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0038 KJM CKD P<br><br><br><br>ORDER |

On June 14, 2019, the court denied a motion to compel brought by plaintiff concerning his requests to produce 1, 3 and 11 without prejudice to renewal if this action survives defendants' motion for summary judgment. Plaintiff has renewed his motion to compel despite the fact that defendants' motion for summary judgment has not yet been resolved.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 5, 2019 motion to compel (ECF No. 26) is denied without prejudice to renewal pursuant to the terms identified in the court's June 14, 2019 order.

Dated: August 9, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reed0038.mtc(2)