UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED, | No.  18-cv-0038 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. LEATHERMAN, et al., | |
| Defendants. | |

   Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C § 1983.  On September 28, 2020, the court set deadlines for the parties to file their respective pretrial statements.  A review of the record prompted by plaintiff's October 13, 2020 motion for reconsideration reveals the court set those deadlines prematurely.  Below, the court will set forward a new schedule for this action.

   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's October 13, 2020 motion for reconsideration is granted as follows:

   1. The deadlines established in the court's September 28, 2020 order for the filing of pretrial statements are vacated.

   2. Consistent with the terms described in the court's June 14, 2019 order, plaintiff may file a motion to compel further responses to his request for production numbers 1, 3 and 11 no later than January 15, 2020.  As plaintiff has been previously informed, any motion to compel

1

must be accompanied by a certification that plaintiff met and conferred with counsel for defendants as to defendants providing further responses to those requests for discovery.

    3. Plaintiff's pretrial statement shall be filed on or before March 15, 2021. Plaintiff's failure to file a pretrial statement by that date will result in a recommendation that this action be dismissed. Defendants' pretrial statement shall be filed within 60 days of service of plaintiff's statement.

Dated: November 3, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reed0038.pts.ext