UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>        Plaintiff,<br><br>    v.<br><br>D. LEATHERMAN, et al.,<br><br>        Defendants. | No.  18-cv-0038 KJM CKD P<br><br><br><br>ORDER |

   Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights.  In a motion filed by plaintiff on October 5, 2020, plaintiff asserts a hold was improperly placed upon his prison trust account on July 21, 2020 so that officials at his prison could withhold money from his account on August 1, 2020 and send it to the court in partial satisfaction of the filing fee due in this action.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Within 21 days of this order, the Warden at California Men's Colony East shall file a response to the motion filed by plaintiff on October 5, 2020.  In particular, the Warden should explain whether a hold was placed on plaintiff's inmate trust account on July 21, 2020 so funds would be available to send to this court on August 1, 2020 in partial satisfaction of the filing fee due in this action.

/////

2. The Clerk of the Court shall serve a copy of this order and plaintiff's October 5, 2020 motion upon the Warden of California Men's Colony East and Monica Anderson, Supervising Deputy Attorney General.

Dated: November 3, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reed0038.war