UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED, | No. 2:18-cv-0038 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. LEATHERMAN, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C § 1983. On May 6, 2021, the court ordered defendants to submit, for in camera review, documents responsive to plaintiff's requests for production numbers 1 and 3. Defendants have complied with that order. Good cause appearing, IT IS HEREBY ORDERED that:

1. All documents submitted to the court by defendants on May 27, 2021 shall be served upon plaintiff by defendants within 21 days.

2. Any proposed protective order with respect to documents AG 28 to AG 45 shall be submitted to the court within 7 days.

3. Plaintiff's pretrial statement as referenced in the court's September 28, 2020 order shall be filed no later than August 15, 2021. Failure to file a pretrial statement by that date will

/////

1

result in a recommendation that this action be dismissed. Defendants' pretrial statement shall be filed no later than October 1, 2021.

Dated: June 16, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

reed0038.mtc(2)