UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LEATHERMAN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0038 KJM CKD P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915. On August 18, 2021, plaintiff filed a request for a court appointed medical expert. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for court appointed medical experts for litigants. See 28 U.S.C. § 1915.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court appointed medical expert (ECF No. 50) is denied.

Dated:  August 20, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reed0038.31.c