UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LEATHERMAN, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-0038 KJM CKD P<br><br><br>ORDER |

　　　The court has reviewed plaintiff's August 18, 2021 motion for the appointment of counsel and has determined that plaintiff included information which appears to be protected under the terms of the court's June 28, 2021 protective order.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. The Clerk of the Court is directed to redact paragraph 5 from page 2 of plaintiff's August 18, 2021 motion for the appointment of counsel.

　　　2. The Clerk shall file the unredacted version of page 2 under seal.

Dated:  August 27, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
reed0038.red