UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED, | No. 2:18-cv-0038 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. LEATHERMAN, et al., | |
| Defendants. | |

On August 23, 2021, defendants filed a motion asking that plaintiff be sanctioned for violation of a protective order. Plaintiff has not filed a response. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days, plaintiff shall file a response to defendants' motion for sanctions for violation of a protective order. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 23, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reed0038.46osc